# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PETER A. McLAUGHLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06-CV-1106-CEJ |
| ) | |
| BANK OF AMERICA, INC., NA, and ) | |
| JULIE DOE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon its own motion. On August 21, 2006, the Court ordered that the Clerk of Court issue process or cause process to be issued upon the complaint as to defendants Bank of America, Inc., NA, and Julie Long.[1] Plaintiff, however, has failed to provide the Court with the current addresses of said defendants. Because defendant Bank of America, Inc., NA, has answered plaintiff's complaint by filing motion to dismiss, the Court will not require the Clerk's Office to issue process on defendant Bank of America, Inc., NA, and plaintiff need not provide that defendant's address. However, the Court will require plaintiff to provide the address at which service of process can be effected on defendant Julie Long.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that the Clerk of Court shall docket this case as *Peter A. McLaughlin v. Bank of America, Inc., NA, and Julie Long*.

**IT IS FURTHER ORDERED** that plaintiff be granted thirty (30) days from the date of this Order to provide the Court, in writing, with the current address of defendant Julie Long.

---

[1] Defendant "Julie Doe" has been identified as Julie Long. The Court will refer to her as such and will direct that docketing so reflect.

**IT IS FURTHER ORDERED** that plaintiff's failure to comply in a timely manner with the Court's instructions will result in the dismissal of defendant Julie Long, without prejudice.

**IT IS FURTHER ORDERED** that, upon receipt from plaintiff of defendant Julie Long's address, the Clerk shall issue process or cause process to be issued upon the complaint as to said defendant.

**IT IS FURTHER ORDERED** that, pursuant to 42 U.S.C. § 1997e(g)(2), defendant Julie Long shall respond to the complaint within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

Dated this 22nd day of August, 2006.

_____
**UNITED STATES DISTRICT JUDGE**