```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

PETER A. McLAUGHLIN,            )
                                )
            Plaintiff,           )
                                )
      vs.                        )      No. 4:06-CV-1106 (CEJ)
                                )
BANK OF AMERICA, INC., N.A.,     )
and JULIE LONG,                  )
                                )
            Defendants.          )

### ORDER

In response to the motion to dismiss filed by defendant Bank of America, Inc., plaintiff requests that defendant Julie Long be dismissed from this action. Because no service has been obtained upon defendant Long, the dismissal will be without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **dismissed without prejudice** as to defendant Julie Long only.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 26th day of September, 2006.